UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

JS 6

| | | | |
|---|---|---|---|
| Case No. | EDCV 10-1476 DSF (Ex) | Date | 10/5/10 |
| Title | Bank of New York v. Arlene L. Riddick, et al., | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|
| Debra Plato | Not Present |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order REMANDING Case to Superior Court of California, County of Los Angeles

    This matter was removed from state court on September 28, 2010.  The complaint is a state law unlawful detainer complaint and does not state a federal cause of action.  The Notice of Removal fails to establish that the Court has jurisdiction.
    The case is REMANDED to the Superior Court of California, County of Riverside.


    IT IS SO ORDERED.